NATIONAL AUTOMOBILE MUTUAL CASUALTY COMPANY, Relator, v. JESSE S.

PHILLIPS, Superintendent of Insurance of the State of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements.